IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ZENAIDA FALU,                          :        No. 4:25cv1550
                    Plaintiff         :
                                       :        (Judge Munley)
                                       :
        v.                             :        (Magistrate Judge Camoni)
                                       :
FRANK BISIGNANO,                       :
Commissioner of Social Security,       :
                    Defendant          :

## ORDER

Before the court is a Report and Recommendation ("R&R") from Magistrate Judge Sean A. Camoni in this review of a final decision of the Commissioner of the United States Social Security Administration. (Doc. 15). The Commissioner denied Plaintiff Zenaida Falu's claim for disability benefits under Title II of the Social Security Act.  The R&R recommends that the Commissioner's decision be affirmed.

No objections to the R&R have been filed and the time for such filing has passed.  The R&R is thus ready for review.

In deciding whether to adopt an R&R when no timely objections are filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear

error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After review, the court concludes that there is neither clear error on the face of the record nor a manifest injustice.  Therefore, the court will accept the R&R and adopt it in its entirety.

Accordingly, it is hereby **ORDERED** that:

1) The R&R, (Doc. 15), is **ADOPTED**;

2) The Commissioner's decision denying benefits is **AFFRIMED**; and

3) The Clerk of Court is directed to close this case.

Date: 6/15/26

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court

2